UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY TAYLOR,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 20-cv-07692-JSW<br><br>**JUDGMENT**<br><br>Re: Dkt. Nos. 21, 22 |

On July 25, 2022, the Court granted Defendants' motion for summary judgment, and denied Plaintiff's motion for leave to amend. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 25, 2022

_____
JEFFREY S. WHITE
United States District Judge